JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ani Israelyan, | ) | Case No. 2:19-cv-09083-RGK-JEM |
| | ) | |
| Plaintiff(s), | ) | ORDER DISMISSING ACTION FOR |
| | ) | LACK OF PROSECUTION |
| vs. | ) | |
| | ) | |
| Kevin McAleenan et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

On January 21, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [6], which directed plaintiff to file timely proof of service of the summons and complaint on defendant. Plaintiff's response to the Order to Show Cause was due by January 31, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: June 19, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE